# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JONES, | : | |
| | : | |
| Plaintiff | : | No. 3:14-CV-2337 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

**FILED
SCRANTON

MAR 1 7 2016

Per_____
DEPUTY CLERK**

## ORDER

**NOW, THIS 17TH DAY OF MARCH, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Michael Jones disability insurance benefits and supplemental security income is **AFFIRMED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**